Scott A. Kamber (not yet admitted)
skamber@kamberlaw.com
David A. Stampley (not yet admitted)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:	(212) 920-3072
Facsimile:	(212) 920-3081

Avi Kreitenberg (SBN 266571)
akreitenberg@kamberlaw.com
KamberLaw, LLP
1180 South Beverly Drive, Suite 601
Los Angeles, California 90035
Telephone:	(310) 400-1050
Facsimile:	(310) 400-1056

Joseph H. Malley (not yet admitted)
malleylaw@gmail.com
Law Office of Joseph H. Malley
1045 North Zang Blvd.
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

David C. Parisi, Esq. (162248)
dparisi@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Quantcast Advertising Cookie Litigt. | CASE NO.: 2:10-cv-05484-GW<br><br>**STIPULATION TO CONTINUE DATE FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED as follows:

WHEREAS, this court entered an Order on September 21, 2010, which established this consolidated action and required that within twenty days after entry of the Order, the Interim Class Counsel file a Consolidated Amended Complaint. (Dkt. No. 29, par. 4.)

|   |   |
|---|---|
| 1 | WHEREAS, after considerable discussions between the Parties, counsel have |
| 2 | agreed that it would be in the interests of justice and efficiency to provide additional |
| 3 | time for the Parties to investigate the legal and factual allegations in the Complaint, |
| 4 | WHEREAS, the parties have agreed to extend the time for the filing of an |
| 5 | amended complaint if agreeable by the Court; |
| 6 | THEREFORE, in the interest of efficiency and to conserve resources, the |
| 7 | parties stipulate that Plaintiffs shall have until November 19, 2010 to file its |
| 8 | Consolidated Amended Complaint |

DATED: October 11, 2010                              PARISI & HAVENS LLP

By:_____s/David C. Parisi_____
David C. Parisi
Attorneys for Plaintiffs Edward Valdez, Alan Bonebrake, Byron Griffith, Mary Huebner, Jose Marquez, Brittany Sanchez, Gerardo Valdez, Austin Muhs, And Kayla Valdez, Individually, On Behalf Of Themselves And Others Similarly Situated,

DATED: October 11, 2010                              KAMBERLAW, LLP

By:_____s/Avi Kreitenberg_____
Avi Kreitenberg
Attorneys for Plaintiff Jennifer Aguirre, on Behalf of Herself and All Others Similarly Situated

DATED: October 11, 2010                              DEBEVOISE & PLIMPTON LLP

By:_____s/Jeffrey S. Jacobson___

-2-
Stipulation

Jeffrey S. Jacobson
(pro hac vice application to be filed)
Attorneys for American Broadcasting Companies, Inc., ESPN Inc., Hulu, LLC, Jibjab Media, Inc., MTV Networks, Inc., NBC Universal, Inc., Myspace, Inc. and Scribd, Inc

DATED: October 11, 2010                    DURIE TANGRI LLP


By:____s/Michael H. Page_____
Michael H. Page
Attorneys for Quantcast Corporation