1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In Re Quantcast Advertising Cookie Litigt. | CASE NO.: 2:10-cv-05484-GW |
|---|---|
| | **[Proposed] ORDER RE DATE FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to the stipulation between and among the parties, and good cause appearing therefore, the Court orders as follows:

This Court's Order entered September 21, 2010, is amended as follows:

On or before November 19, 2010, the Plaintiffs shall file their Consolidated Amended Complaint.

**IT IS SO ORDERED.**

Dated:_____        _____
                            George H. Wu
                            Judge of the United States District Court