UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05484 GW(JCG) | Date | October 12, 2010 |
|---|---|---|---|
| Title | In Re Quantcast Advertising Cookie Litig. | | |

| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | |
|---|---|---|
| Carlos Brizuela | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** DELINQUENT PRO HAC VICE FEES

On July 23, 2010, the Clerk for the U.S. District Court issued a notice to attorney Joseph H. Malley advising that his Pro Hac Vice Application fee had not been paid.

As of the date of this minute order, the Pro Hac Vice application fee of $185 remains unpaid. If counsel fails to pay within 21 days of this notice, the Clerk is directed to remove the applicant's name and address information from the docket. Removal of an attorney's name from the docket immediately precludes the attorney from any further representation whatsoever and in certain cases can lead to an adverse judgment against his or her client.

The Clerk's Office will accept business or corporate checks, checks drawn on business or clients trust accounts, and credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued. **No personal checks or checks drawn on personal (non-business) accounts** will be accepted from either attorney or the public. The Clerk's Office will also accept all federal, state, and local government issued checks, bank certified checks, and U.S. Postal Service money orders. Make checks payable to: *Clerk, U.S. District Court.*

Please send payment to the Fiscal Department, U.S. District Court, 312 N. Spring Street, Room 529, Los Angeles, California 90012.

If the applicant believes payment has been satisfied, please provide proof of payment to the Fiscal Department. Once payment has been satisfied or verified, the Fiscal Department will enter payment information on the docket and this minute order will be deemed moot.

                                                                                                                          :

                                                                                                                          cb