**DENIED**
BY ORDER OF THE COURT
WITHOUT PREJUDICE AT THIS TIME

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Quantcast Advertising Cookie Litigt. | CASE NO.: 2:10-cv-05484-GW <br><br> **[Proposed] ORDER RE DATE FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT** |

Pursuant to the stipulation between and among the parties, and good cause appearing therefore, the Court orders as follows:

This Court's Order entered September 21, 2010, is amended as follows:

On or before November 19, 2010, the Plaintiffs shall file their Consolidated Amended Complaint.

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT
WITHOUT PREJUDICE AT THIS TIME.

Dated: October 15, 2010

_____
George H. Wu
Judge of the United States District Court