# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5484-GW(JCGx) | Date | November 2, 2010 |
|---|---|---|---|
| Title | *Edward Valdez, et al. v. Quantcast Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

The Court, on its own motion, sets a Status Conference for **November 8, 2010 at 8:30 a.m.**

Counsel for plaintiffs will give notice to defendants that an appearance by both parties will be required.

:

Initials of Preparer    JG