```
1  DURIE TANGRI LLP
   Ragesh K. Tangri (SBN 159477)
2  rtangri@durietangri.com
   Michael H. Page (SBN 154913)
3  mpage@durietangri.com
4  Joseph C. Gratz (SBN 240676)
   jgratz@durietangri.com
5  217 Leidesdorff Street
   San Francisco, CA 94111
6  Telephone: 415-362-6666
7  Facsimile: 415-236-6300

8  Attorneys for Defendant QUANTCAST
   CORPORATION.
9
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| In Re Quantcast Advertising Cookie Litigation. | Case No. CV10-05484 GW (JCGx) **STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE** Date: November 8, 2010 Time: 8:30 a.m. Ctrm: 10 Judge: The Honorable George Wu |
|---|---|

1  Plaintiff Edward Valdez ("Plaintiff") and Defendants Quantcast Corporation,
2  American Broadcasting Companies, Inc.; ESPN Inc.; Hulu, LLC; Jibjab Media, Inc.;
3  MTV Networks, Inc.; NBC Universal, Inc.; Myspace, Inc.; and Scribd, Inc.
4  ("Defendants") (collectively "the Parties"), by and through their respective counsel,
5  stipulate and agree as follows:
6      WHEREAS, the Court scheduled a Status Conference for November 8, 2010, at
7  8:30 a.m. per its minute order dated November 2, 2010, Docket No. 33 in the matter of *In*
8  *re Quantcast Advertising Cookie Litigation*, Case No. CV 10-5484-GW(JCGx);
9      NOW, THEREFORE, the Parties hereby stipulate and agree to continue the Status
10 Conference to December 2, 2010, at 8:30 a.m.
11 **IT IS SO STIPULATED.**
12
13 Dated:  November 5, 2010                                    DURIE TANGRI LLP
14
15                                               By:   */s/ Michael H. Page*
                                                    MICHAEL H. PAGE
16
17                                                     Attorneys for Defendant QUANTCAST CORPORATION.
18 Dated:  November 5, 2010                                    PARISI & HAVENS LLP
19
20                                                     By:   */s/ David C. Parisi*
                                                    DAVID C. PARISI
21
22                                                     Attorneys for Plaintiffs Edward Valdez, Alan Bonebrake, Byron Griffith, Mary Huebner, Jose Marquez, Brittany Sanchez, Gerardo Valdez, Austin Muhs, And Kayla Valdez, Individually, On Behalf Of Themselves And Others Similarly Situated.
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: November 5, 2010 | Joseph H. Malley |
| 2 | | |
| 3 | | By: /s/ Joseph H. Malley |
| | | JOSEPH H. MALLEY |
| 4 | | |
| 5 | | Attorneys for Plaintiffs Edward Valdez, Alan Bonebrake, Byron Griffith, Mary Huebner, Jose Marquez, Brittany Sanchez, Gerardo Valdez, Austin Muhs, And Kayla Valdez, Individually, On Behalf Of Themselves And Others Similarly Situated. |
| 9 | Dated: November 5, 2010 | KAMBERLAW LLP |
| 11 | | By: /s/ Avi Kreitenberg |
| | | AVI KREITENBERG |
| 13 | | Attorneys for Plaintiff Jennifer Aguirre, on Behalf of Herself and All Others Similarly Situated. |
| 15 | Dated: November 5, 2010 | DEBEVOISE & PLIMPTON LLP |
| 17 | | By: /s/ Jeffrey S. Jacobson |
| | | JEFFREY S. JACOBSON |
| 19 | | Attorneys for Defendants American Broadcasting Companies, Inc.; ESPN Inc.; Hulu, LLC; Jibjab Media, Inc.; MTV Networks, Inc.; NBC Universal, Inc.; Myspace, Inc.; and Scribd, Inc. |