1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| In Re Quantcast Advertising Cookie Litigation. | Case No. CV10-05484 GW (JCGx) |
|---|---|
| | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE** |

1  Pursuant to the stipulation between and among the parties, and good cause
2  appearing therefore, the Court orders as follows:
3
4  This Court's Order entered November 2, 2010, is amended as follows:
5  The Court sets a Status Conference for December 2, 2010, at 8:30 a.m.
6
7  **IT IS SO ORDERED.**
8
9  Dated: November __, 2010
10
11  _____
        GEORGE H. WU
12      UNITED STATES DISTRICT COURT JUDGE