Name and address:

Jeffrey S. Jacobson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Quantcast Advertising Cookie Litigation<br><br>Plaintiff(s)<br>v.<br><br><br>Defendant(s). | CASE NUMBER<br><br>2:10-CV-05484-GW-JCG<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, ____Jeffrey S. Jacobson_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: ____see attached sheet_____ by whom I have been retained.

My business information is:

Debevoise & Plimpton LLP
*Firm Name*

919 Third Avenue
*Street Address*

New York, NY  10022                    jsjacobson@debevoise.com
*City, State, Zip*                     *E-Mail Address*

212-909-6479                           212-521-7479
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| SEE ATTACHED SHEET | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand delivered to chambers (Room 163) on Spring Street and placed in a courtesy copy bin located on a wall outside the entry door to chambers.Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand deli

I designate ___Eric W. Hagen___ as local counsel, whose business information is as follows:

McDermott Will & Emery LLP
*Firm Name*

2049 Century Park East, 38th Floor
*Street Address*

Los Angeles, CA 90067-3218
*City, State, Zip*

ehagen@mwe.com
*E-Mail Address*

310-788-4165
*Telephone Number*

310-277-4730
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated November 8, 2010

Jeffrey S. Jacobson
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated November 10, 2010

Eric W. Hagen
*Designee's Name (please print)*

*Designee's Signature*

192340
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

*In re Quantcast Advertising Cookie Litigation*, No. 2:10-cv-05484-GW-JCG
**Supplement to Pro Hac Vice Application of Jeffrey S. Jacobson**

### Defendants Represented

American Broadcasting Companies, Inc.
ESPN, Inc.
Hulu, LLC
JibJab Media, Inc.
MTV Networks
MySpace, Inc.
NBC Universal, Inc.
Scribd, Inc.

### Court Admissions

| Court | Date |
|---|---|
| State of New York | 10/26/1998 |
| Commonwealth of Pennsylvania | 11/26/1996 |
| United States Supreme Court | 05/14/2001 |
| U.S. Court of Appeals for the First Circuit | 01/15/2004 |
| U.S. Court of Appeals for the Second Circuit | 04/09/2001 |
| U.S. Court of Appeals for the Third Circuit | 05/01/2001 |
| U.S. Court of Appeals for the Fourth Circuit | 05/06/2003 |
| U.S. Court of Appeals for the Fifth Circuit | 03/13/2001 |
| U.S. Court of Appeals for the Sixth Circuit | 12/14/2006 |
| U.S. Court of Appeals for the Seventh Circuit | 01/07/2004 |
| U.S. Court of Appeals for the Ninth Circuit | 12/10/2003 |
| U.S. Court of Appeals for the D.C. Circuit | 06/30/2006 |
| U.S. District Court for the District of Columbia | 07/10/2006 |
| U.S. Dist. Court for the Southern District of New York | 08/31/1999 |
| U.S. Dist. Court for the Eastern District of New York | 11/20/2003 |
| U.S. Dist. Court for the District of Connecticut | 03/22/1997 |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JEFFREY SAMUEL JACOBSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 26, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

November 8, 2010

_David Spokony_
Clerk of the Court

3629