Jeffrey S. Jacobson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Quantcast Advertising Cookie Litigation | CASE NUMBER |
|---|---|
| | 2:10-CV-05484-GW-JCG |
| Plaintiff(s) | |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of <u>Jeffrey S. Jacobson</u>,
*Applicant's Name*

of <u>Debevoise & Plimpton LLP</u>
*Firm Name/Address*

<u>212-909-6479</u>                                             <u>jsjacobson@debevoise.com</u>
*Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled on behalf of __ Plaintiff  _x_ Defendant

and the designation of <u>Eric W. Hagen (CSB 192340)</u>
*Local Counsel Designee/State Bar Number*

of <u>McDermott Will & Emery LLP</u>
*Local Counsel Firm/Address*

<u>310-788-4165</u>                                               <u>ehagen@mwe.com</u>
*Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (01/08)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**   CCD-G64O