UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| EDWARD VALDEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>QUANTCAST CORPORATION, et al.,<br><br>    Defendants. | Case No.  CV 10-5484GW(JCGx)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 2, 2010**<br><br>Current CMC date:   Nov. 8, 2010<br>Time:                      8:30 a.m.<br>New CMC date:        Dec. 2, 2010<br>Time:                      TBD by Court<br><br>Hon. George H. Wu |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

The Initial Case Management Conference currently set for November 8, 2010 at 8:30 a.m. per minute order dated November 2, 2010 shall be rescheduled to **December 2, 2010 at 8:30 a.m.**

Dated: November 12, 2010

_____
Hon. George H. Wu
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.