**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| EDWARD VALDEZ, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 10-5484-GW(JCGx) |
| v. | |
| QUANTCAST CORPORATION, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Jeffrey S. Jacobson__,
*Applicant's Name*

of __Debevoise & Plimpton LLP__
*Firm Name / Address*

__212-909-6479__                                                __jsjacobson@debevoise.com__
*Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ✔ Defendant

and the designation of __Eric W. Hagen (CSB 192340)__
*Local Counsel Designee /State Bar Number*

of __McDermott Will & Emery LLP__
*Local Counsel Firm / Address*

__310-788-4165__                                                __ehagen@mwe.com__
*Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

✔ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated: November 15, 2010                              *[signature]*
                                                      GEORGE H. WU, U. S. District Judge

G–64 ORDER (01/08)      **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**