Law Offices of Joseph H. Malley

1045 North Zang Blvd.

Dallas, Texas 75208

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valdez, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>Quantcast Corporation, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:10-cv-05484-GW-JGC<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Joseph H. Malley__,
*Applicant's Name*

of __Law Offices of Joseph H. Malley__
*Firm Name / Address*

__214-943-6100__ __malleylaw@gmail.com__
*Telephone Number* *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  X  Plaintiff   ☐ Defendant

__Valdez et al.__

and the designation of __David C. Parisi/162248__
*Local Counsel Designee /State Bar Number*

of __Parisi & Havens LLP__
*Local Counsel Firm / Address*

__818-990-1299__ __dcparisi@parisihavens.com__
*Telephone Number* *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____  _____
U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE