Law Offices of Joseph H. Malley
1045 North Zang Blvd.
Dallas, Texas 75208

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Valdez, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:10-cv-05484-GW-JGC |
| v. | |
| Quantcast Corporation, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Joseph H. Malley__,
*Applicant's Name*

of __Law Offices of Joseph H. Malley__
*Firm Name / Address*

__214-943-6100__                              __malleylaw@gmail.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  X  Plaintiff   ☐ Defendant

__Valdez et al.__

and the designation of __David C. Parisi/162248__
*Local Counsel Designee /State Bar Number*

of __Parisi & Havens LLP__
*Local Counsel Firm / Address*

__818-990-1299__                              __dcparisi@parisihavens.com__
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  X GRANTED

  ☐ DENIED. Fee, if paid, shall be returned by the Clerk.

  ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: November 18, 2010

*/s/ George H. Wu*

GEORGE H. WU, U. S. District Judge

G–64 ORDER (11/10)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**