DURIE TANGRI LLP
Ragesh K. Tangri (SBN 159477)
rtangri@durietangri.com
Michael H. Page (SBN 154913)
mpage@durietangri.com
Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant QUANTCAST
CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In Re Quantcast Advertising Cookie Litigation. | Case No. CV10-05484 GW (JCGx)<br><br>**STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE**<br><br>Date:  December 2, 2010<br>Time:  8:30 a.m.<br>Ctrm:  10<br>Judge: The Honorable George Wu |

1. Plaintiff Edward Valdez ("Plaintiff") and Defendants Quantcast Corporation, American Broadcasting Companies, Inc.; ESPN Inc.; Hulu, LLC; Jibjab Media, Inc.; MTV Networks, Inc.; NBC Universal, Inc.; Myspace, Inc.; and Scribd, Inc. ("Defendants") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties stipulated and agreed to continue the Status Conference to December 2, 2010, at 8:30 a.m. by Stipulation to Continue Date for Status Conference filed November 5, 2010, ECF No. 34, in the matter of *In re Quantcast Advertising Cookie Litigation*, Case No. CV 10-5484-GW(JCGx);

NOW, THEREFORE, the Parties hereby stipulate and agree to continue the Status Conference to December 9, 2010, at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: November 30, 2010           DURIE TANGRI LLP

                                   By:      /s/ Michael H. Page
                                           MICHAEL H. PAGE

                                   Attorneys for Defendant QUANTCAST CORPORATION.

Dated: November 30, 2010           PARISI & HAVENS LLP

                                   By:      /s/ David C. Parisi
                                           DAVID C. PARISI

                                   Attorneys for Plaintiffs Edward Valdez, Alan Bonebrake, Byron Griffith, Mary Huebner, Jose Marquez, Brittany Sanchez, Gerardo Valdez, Austin Muhs, And Kayla Valdez, Individually, On Behalf Of Themselves And Others Similarly Situated.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2010 | Joseph H. Malley |
| 2 | | |
| 3 | | By: _/s/ Joseph H. Malley_<br>JOSEPH H. MALLEY |
| 4 | | |
| 5 | | Attorneys for Plaintiffs Edward Valdez, Alan Bonebrake, Byron Griffith, Mary Huebner, Jose Marquez, Brittany Sanchez, Gerardo Valdez, Austin Muhs, And Kayla Valdez, Individually, On Behalf Of Themselves And Others Similarly Situated. |
| 9 | Dated: November 30, 2010 | KAMBERLAW LLP |
| 11 | | By: _/s/ Avi Kreitenberg_<br>AVI KREITENBERG |
| 13 | | Attorneys for Plaintiff Jennifer Aguirre, on Behalf of Herself and All Others Similarly Situated. |
| 15 | Dated: November 30, 2010 | DEBEVOISE & PLIMPTON LLP |
| 17 | | By: _/s/ Jeffrey S. Jacobson_<br>JEFFREY S. JACOBSON |
| 18 | | Attorneys for Defendants American Broadcasting Companies, Inc.; ESPN Inc.; Hulu, LLC; Jibjab Media, Inc.; MTV Networks, Inc.; NBC Universal, Inc.; Myspace, Inc.; and Scribd, Inc. |

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on November 30, 2010 with a copy of this document via the Court's ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2010, at San Francisco, California.

_____
Margaret Ann Franz