1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

9
10
11

In Re Quantcast Advertising Cookie Litigation.

Case No. CV10-05484 GW (JCGx)

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the stipulation between and among the parties, and good cause

2    appearing therefore, the Court orders as follows:

3

4    The Court hereby resets the Status Conference, previously set for December 2,

5    2010, to December 9, 2010, at 8:30 a.m.

6

7    **IT IS SO ORDERED.**

8

9    Dated:  December __, 2010

10

11   _____

12                              GEORGE H. WU
                          UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE
CASE NO. CV-10-05484 GW (JCGX)

1

## CERTIFICATE OF SERVICE

2     I certify that all counsel of record are being served on November 30, 2010 with a copy

3    of this document via the Court's ECF system.

4     I declare under penalty of perjury under the laws of the United States of America that

5    the foregoing is true and correct. Executed on November 30, 2010, at San Francisco,

6    California.

7                     _Margaret Ann Franz_
                         Margaret Ann Franz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE
CASE NO. CV-10-05484 GW (JCGX)