UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| EDWARD VALDEZ, et al., | Case No. CV 10-5484GW(JCGx) |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 16, 2010** |
| v. | |
| QUANTCAST CORPORATION, et al., | Hon. George H. Wu |
| Defendants. | |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

The Initial Case Management Conference currently set for December 2, 2010 at 8:30 a.m. shall be rescheduled to **December 16, 2010 at 8:30 a.m.**

Dated: December 2, 2010

_____
Hon. George H. Wu
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.