Name & Address:
David C. Parisi (162248)
Azita Moradmand (260271)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re Quantcast Advertising Cookie Litigation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:10-cv-05484-GW-JCG |
| v. | |
| DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Notice of Lodging First Amended Complaint

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Notice of Lodging

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Local Rule 15-1, Proposed Amended Pleading

| December 3, 2010 | David C. Parisi |
|---|---|
| Date | Attorney Name |
| | Edward Valdez, et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)        NOTICE OF MANUAL FILING