# Exhibit B

KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
t 212.920.3072 f 212.920.3081

KamberLaw, LLP
1180 South Beverly Drive, Ste. 601
Los Angeles, California 90035
t 310.400.1050 f 310.277.0635

www.kamberlaw.com

# Practice

KamberLaw excels in litigating complex cases brought as class actions or by plaintiff groups. The firm acts with the spirit of public service and community-mindedness that has motivated its attorneys throughout their legal careers. Our attorneys share a common goal of seeking justice through meaningful, timely vindication of consumer rights.

We specialize in cases of corporate violations of consumers' privacy rights, leading one federal judge to observe, "The attorneys of KamberLaw have made a showing that they possess experience and expertise in the areas of consumer privacy and technology matters . . . ." We believe these cases must be approached with skilled legal insight—plus a confident grasp of the defendant's information technology model and business environment. That is why our unique technology expertise and our backgrounds as defense counsel, corporate compliance counsel, and consultants are important factors in our success. We are capable of explaining what went wrong and communicating a thoughtful view of how to make it right. This leads to resolutions that provide timely relief to affected consumers while promoting better business-to-consumer relationships.

With ten attorneys in offices in New York and California, KamberLaw is committed to advancing the cause of consumer rights from coast to coast. Listed below are some of the cases that exemplify our firm's work and its attorneys' leadership.

# Selected Cases

## New Technology and New Media

*Lane, et al. v. Facebook, Inc.*, No. 5:08-cv-03845-RS (N.D. Cal. 2010)
Lead counsel in data privacy case relating to Facebook's Beacon technology.

*Slater v. Tagged, Inc.*, No. 3:09-cv-03697-EMC (N.D. Cal. 2010)
Co-lead counsel in data privacy case involving social network website's acquisition and use of consumers' email address book information.

*Valdez-Marquez, et al v. Netflix Inc.*, No. 5:09-cv-05903-JW (N.D. Cal. 2010)
Co-lead counsel in case involving privacy consequences of release of anonymized records from customer database.

*In Re ATI Tech. HDCP Litigation*, No. 5:06-CV-01303-JW (N.D. Cal. 2009)
Co-lead counsel in case that resulted in settlement correcting risk of harm to computer users caused by digital rights management (DRM) software on music CDs. Settlement included replacement of all affected music CDs and an award of additional music CDs to class members.

*In Re Quantcast Advertising Cookie Litig.*, No. 2:10-cv-05484-GW (N.D. Cal.) (*inter alia*, active)
Co-lead counsel in cases involving the use of Adobe Flash to override the privacy and security settings on consumers' browsers to track and profile consumers.

*ISP behavioral ad targeting cases* (multiple jurisdictions, active)
Lead counsel in six data privacy cases in various jurisdictions against ISPs engaging in interception and analysis of customers' Internet communications for behavioral ad-targeting.

*Valentine, et al. v. NebuAd* (No. 3:08-cv-05113-THE) (N.D. Cal.) (active)
Lead counsel in data privacy case involving ECPA (Wiretap Act) implications of online ad-serving company's use of behavioral targeting technology.

*In re Sony BMG CD Technologies*, No. 05-cv-09575 (S.D.N.Y. 2006)
Co-lead counsel in case that resulted in settlement correcting risk of harm to computer users caused by digital rights management (DRM) software on music CDs. Settlement included replacement of all affected music CDs and an award of additional music CDs to class members.

*Weaver v. WebTV*, No. 793551 (Santa Clara Sup Ct., Cal. 2003)
Co-lead counsel in certified nationwide consumer class action case alleging consumer fraud and deceptive advertising of computer services and capabilities. The settlement provided the class with a collective award with a guaranteed minimum face value of six million dollars.

*Wormley v. GeoCities*, No. 196032 (Los Angeles Sup. Ct., Cal. 2000)
Class Counsel in consumer class action for privacy violations that is believed to be the first Internet privacy case to recover a benefit for affected class members.

## Consumer Protection and Products Liability

*Lofton v. Bank of America*, No. 3:07-cv-05892 (N.D. Cal. 2009)
Lead counsel in class action alleging deceptive imposition of "fuel-related fees" in connection with airline ticket purchases. Settled for over $2,000,000 in cash, in addition to other relief.

*McFerren v. AT&T Mobility, LLC*, No. 08-CV-151322 (Fulton Cty. Sup. Ct. 2009)
Lead counsel in class action settlement involving 16 related cases against largest wireless service provider in the nation. Settlement provided virtually full refunds to a nationwide class of consumers who alleged that unauthorized charges for mobile content were placed on their cell phone bills.

*Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cook Cty., Ill. 2008)
Appointed co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement valued at over $30 million provided class with full cash refunds and reimbursement of certain costs related to blood testing.

*In re HP Power Plug and Graphic Card Litigation*, No. 06-2254 RMW (N.D. Cal. 2008)
In class action relating to defective personal computer power plugs, settlement provided for free repairs and reimbursement of affected consumers' out-of-pocket expenses.

*In re Pet Foods Product Liability Litigation*, No. 07-2867 (D.N.J. 2008)
Appointed co-lead counsel in class action involving largest pet food recall in United States history. Settlement provided $24 million common fund and $8 million in charge backs.

## Investor and Shareholder Derivative Actions

*Stassi et al. v. Loch Harris, et al*., No. GN 200180 (Travis Cty. Dist. Ct., Tex. 2003)
Brought derivative action on behalf of technology development company that successfully obtained dissolution of corporation and distribution of assets to shareholders.

*In re Command Systems*, No. 98-cv-3279 (S.D.N.Y. 1999)
Securities class action against technology company in which participating shareholders recovered over 80% of their losses.

# Selected Attorney Biographies

The attorneys of KamberLaw have been recognized as leaders in their fields by state and federal legislatures, national and international media groups, the courts, and peers. We have testified before Congress and a variety of federal and state agencies on various consumer issues and have been asked to work on federal and state legislation involving issues of import to consumers. Our attorneys have appeared on national and international television and radio programs to discuss the intersection of technology and the law, and class action and consumer protection issues more generally.

Our reputation for leadership in class action litigation has led state and federal courts to appoint us lead counsel in many high-profile class action suits. Our attorneys speak at seminars on consumer protection and technology issues to corporate and consumer audiences in the United States and around the world. They lecture on consumer issues and class action law at law schools and are asked to serve as testifying experts in cases involving various consumer issues.

**Scott A. Kamber**, a founding member of KamberLaw, has served as lead counsel in dozens of class actions resulting in hundreds of millions of dollars in relief for his clients. His cases have set precedents for Internet privacy rights and data breach liability.

Mr. Kamber worked as a financial consultant and, after entering private legal pratice, represented both plaintiffs and defendants in a wide range of commercial litigations, initially at the defense firm of Hughes Hubbard & Reed. His experience and understanding of defense continues to inform his philophy of effective litigation.

His interest in Internet privacy rights began in the 1990s when he resolved what is believed to be the first Internet privacy case to recover a benefit for impacted class members. His interest in consumer rights and technology extends to new media, and he has led standard-setting litigations and resolutions involving digital rights management software for computer software, video games, and music. He is the only plaintiff's class action attorney invited to speak at the international conference of data protection and privacy commissioners and, in an upcoming speech, by the Israeli Ministry of Justice, where he will be speaking on the topic of coordinating private class actions with government enforcement.

In pursuing these matters, Mr. Kamber has gained extensive courtroom experience and tried over 15 cases to verdict. Beyond litigation, Mr. Kamber's commitment to the value of effective negotiation and dispute resolution has served him in an active and broad international law practice that has taken him to over 30 countries, handling negotiations on five continents and structured transactions with the Olympic Committees of several Eastern European and Latin American nations. Mr. Kamber has worked to vindicate the rights of African torture victims and worked with the President of the United Nations General Assembly. He frequently lectures on international matters and is a regular speaker and moderator for the Center for International Legal Studies based in Austria.

Mr. Kamber graduated *cum laude* from the University of California Hastings College of the Law in 1991 where he was *Order of the Coif*, Articles Editor for the *Hastings Constitutional Law Quarterly* and a member of the Moot Court Board. He graduated with University and Departmental Honors from The Johns Hopkins University in 1986. He is admitted to practice in the State of New York as well as the United States Supreme Court, the United States Courts of Appeals for the Second and Ninth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Kamber is well versed in the procedures and practices of numerous arbitration forums, both domestic and international.

**David A. Stampley,** a partner at KamberLaw, handles class actions involving consumer data privacy and security, which have been the subject-matter focus of Mr. Stampley's practice for over ten years.

Mr. Stampley has previously served as an Assistant Attorney General in the New York State Attorney General's office, where he led landmark, multistate cases to protect consumers' online privacy and security in enforcement against DoubleClick, Ziff Davis Media, Eli Lilly (the prozac.com data breach), and AOL/Netscape (SmartDownload spyware). In that role, he coordinated cases and policy issues with regulators in the U.S. and abroad, consumer advocacy organizations, and Internet industry representatives. Mr. Stampley gained extensive trial experience as an Assistant District Attorney in the premier public prosecutor's organization, the Manhattan D.A.'s office. Among his 30 trials, he served as co-counsel in *People v. Edward Leary*, the case of the Manhattan Subway Bomber.

For Neohapsis, a highly regarded provider of information risk management and security consulting services, Mr. Stampley managed digital forensics services. He regularly served as a member of Neohapsis' consulting teams performing information technology audits. Mr. Stampley also served as General Counsel, routinely reviewing the terms of engagements for Neohapsis' expert services and for Neohapsis' engagement of expert service-providers.

In the private sector, he also served as Director of Privacy for Reynolds & Reynolds, a global Fortune 1000 technology solutions provider, where he integrated privacy and security compliance standards into the solutions development life cycle. He regularly participated in the evaluation of privacy and security standards for Reynold's solutions and in its engagement of technology service providers.

Mr. Stampley served as an invited expert on the Platform for Privacy Preferences (P3P) Vocabulary Working Group of the WorldWide Web Consortium (W3C). He is a Certified Information Privacy Professional and has been a Certified Information Systems Security Professional.

Mr. Stampley is a 1991 graduate of the University of Virginia School of Law where he was a Dillard Fellow and received his B.A. from Mississippi State University in 1979. He clerked for the Honorable Lenore L. Prather on the Supreme Court of Mississippi. He is admitted to practice in the State of New York, the United States District Courts of the Southern and Eastern Districts of New York, and the United States Supreme Court. Prior to entering the legal profession, Mr. Stampley worked in application design and development in the information technology field.

**Deborah Kravitz**, senior counsel at KamberLaw, has a unique career history that spans the corporate world, U.S. government, and a high-profile private practice. She has focused on complex civil and criminal litigation, including SEC enforcement and securities litigation, white-collar criminal defense, and corporate compliance. In addition to practicing with defense firms of national and international stature, most recently with Heller Ehrman, Ms. Kravitz served as a federal prosecutor in the Tax Division of the Department of Justice. In addition, as the chief compliance officer of a global company serving the oil and gas industry, Ms. Kravitz was an integral member of the senior management team and was responsible for the implementation of a global compliance program during a period of time when the company was under a deferred prosecution agreement arising from violations of the Foreign Corrupt Practices Act. This broad range of experience allows Ms. Kravitz to develop practical solutions to a wide array of commercial, litigation, and compliance matters.

Ms. Kravitz graduated with honors from the University of Maryland School of Law in 1991, where she was an assistant editor for the *Law Review* and member of the Moot Court Board. Following law school, Ms. Kravitz clerked for the Honorable Deborah K. Chasanow in the U.S. District of Maryland. Ms. Kravitz received her B.A. in International Studies from the Johns Hopkins University in 1987. She is admitted to practice in the State of Maryland and the District of Columbia.

**Dana B. Rubin**, a senior associate at KamberLaw, focuses on a wide range of class action issues. Previously, Ms. Rubin played a role in numerous private and class actions on behalf of shareholders and consumers. She has also represented both plaintiffs and defendants in employment litigation and civil rights matters.

Ms. Rubin received her J.D. in 1999 from Fordham University School of Law, where she was an Associate Editor of the *Intellectual Property, Media & Entertainment Law Journal*. She graduated with honors from the University of Maryland, College Park in 1993. Ms. Rubin is admitted in the State Courts of New York and the United States District Courts for the Southern and Eastern Districts of New York and is a member of the New York State Bar Association.

**Julian Hammond**, senior counsel at KamberLaw, began his career as a barrister in Sydney, Australia handling a variety of cases from securities and product liability class actions to eminent domain issues. Mr. Hammond has represented large corporations in commercial matters and advised pollution victims following a large oil spill. After receiving a Masters of Law from the NYU School of Law, he focused his practice on employment issues from sexual harassment to wage and hour cases.

Mr. Hammond received his law degree *summa cum laude* from the University of Technology, Sydney, and received a Masters of Law from New York University Law School. He was on the Law Student Editorial Board at the University of Technology. Mr. Hammond received a Bachelors of Commerce from the University of New South Wales. He has taught legal history and jurisprudence and property law at the University of Technology, Sydney. Mr. Hammond is admitted in New York, California, and New South Wales, Australia.