# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
    *Applicant's Name*                                       *Firm Name / Address*

_____        _____
   *Telephone Number*                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                                  *Local Counsel Designee /State Bar Number*

of _____
             *Local Counsel Firm / Address*

_____        _____
   *Telephone Number*                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                                                  U. S. District Judge/U.S. Magistrate Judge