**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | CASE NUMBER |
| PLAINTIFF(S), | |
| v. | |
| | **NOTICE OF** |
| | ☐ **Filing Fee Due on Pro Hac Vice application** |
| | ☐ **Pro Hac Vice application and Filing Fee Due** |
| DEFENDANT(S). | |

To:

Please take notice that:

☐      Your *Pro Hac Vice* application was filed/e-filed on _____ As of today's date, the court has not yet received the application fee of $275.00.  Please remit the fee and this notice immediately.

☐      Your *Pro Hac Vice* application has not been received by the court.  Please return your completed Application of Non-Resident Attorney to Appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $275.00 fee and this notice immediately.  Out-of-state federal government attorneys who are not employed by the U. S. Department of Justice are required to file a *Pro Hac Vice* application; no filing fee is required.

The fee shall be in the form of a cashier's check, certified bank check, business check, government issued check, or money order drawn on a major U. S. Bank or the United States Postal Service, made payable to "Clerk, U. S. District Court."  The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at the cashier window at the Western, Southern or Eastern Division clerk's office.  Mail the fee and/or your *Pro Hac Vice* application or Notice of Electronic Filing of your application and this notice to:

Clerk, U. S. District Court
Attn: Fiscal Section
312 N. Spring Street, Room 529
Los Angeles, CA 90012

If you are not required to file a Pro Hac Vice application and/or pay the fee, check the applicable box below and return this notice with the referenced documentation as indicated.

☐      I am currently an active member of the California State Bar and am enclosing an Application for Admission to the Bar of the Central District of California and fee in lieu of the *Pro Hac Vice* application.  *(Return your application, fee and this notice to the Fiscal Section.)*

☐      I am an active member of the bar for the United States District Court, Central District of California.  My California State Bar Number is _____ .  *(Fax this notice to the Attorney Admission Clerk at (213) 894-2342.)*

☐      My Pro Hac Vice fee was previously paid.  *(Fax proof of payment and this notice to the Fiscal Section at (213) 894-4535.)*

Court forms are available on the court's website at www.cacd.uscourts.gov.

***The judge to whom this case is assigned will be notified if the required fee, application and/or other documentation are not received within thirty (30) days of the date of this notice.  The Judge may impose sanctions at that time.***

CLERK U.S. DISTRICT COURT

Date _____                      By _____
                                                                  Deputy Clerk

cc:  FISCAL