**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s). | CASE NUMBER: <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
     *Applicant's Name*                                        *Firm Name / Address*

_____      _____
   *Telephone Number*                                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                                         *Local Counsel Designee /State Bar Number*

of _____
                                 *Local Counsel Firm / Address*

_____      _____
   *Telephone Number*                                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____      _____
                                                                           U. S. District Judge/U.S. Magistrate Judge