# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br> Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
    *Applicant's Name*      *Firm Name / Address*

_____      _____
*Telephone Number*      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff    ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
     *Local Counsel Designee /State Bar Number*

of _____
     *Local Counsel Firm / Address*

_____      _____
*Telephone Number*      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

     ☐ GRANTED
     ☐ DENIED. Fee shall be returned by the Clerk.
     ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____      _____
         U. S. District Judge/U.S. Magistrate Judge