# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
                    Plaintiff(s),
        v.

_____
                    Defendant(s).

CASE NUMBER:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of _____, of _____
     *Applicant's Name*                              *Firm Name / Address*

_____                              _____
     *Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☐ Defendant  ☐ Intervener or other interested person _____

and the designation of _____
                         *Local Counsel Designee /State Bar Number*

of _____
     *Local Counsel Firm / Address*

_____                              _____
     *Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                        _____
                                                    U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)   **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**