UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5484-GW(JCGx) ✔
CV 10-5716-GW(JCGx)
CV 10-5948-GW(JCGx)
CV 10-6586-GW(JCGx)
CV 10-7112-GW(JCGx)
CV 10-7662-GW(JCGx)
CV 10-7786-GW(JCGx) | Date | December 16, 2010 |
|---|---|---|---|
| Title | *Edward Valdez, et al. v. Quantcast Corporation, et al.* ✔
*Jennifer Aguirre v. Quantcast Corporation, et al.*
*Brian White, et al. v. Clearspring Technologies, Inc., et al.*
*Erica Intzekostas v. Fox Entertainment Group, et al.*
*Timothy Davis, et al, v. VideoEgg, Inc.*
*Alejandro Godoy v. Quantcast Corporation*
*David Rona v. Clearspring Technologies Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Scott A. Kamber
David C. Parisi | Jeffrey S. Jacobson
James Oliva
Michael H. Page
Whitty Somvichian
Ian A. Stewart |

**PROCEEDINGS:**   **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (filed 12/03/10)**

Parties will file a stipulation and proposed order consolidating remaining matters forthwith.

Court hears oral argument on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Further briefing will be filed by noon on January 7, 2010. The Court continues the motion to **January 13, 2011 at 9:00 a.m.**

: 05

Initials of Preparer   JG