Name and address:
Nabil M. Nachawati
Fears Nachawati Law Firm
4925 Greenville Avenue
Suite 715
Dallas, Texas 75206

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Quantcast Advertising Cookie Litigation<br><br>Plaintiff(s),<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>10-CV-05484-GW (JCGx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Nabil M. Nachawati                                       , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
Alejandro Godoy                                       by whom I have been retained.

My business information is:
Fears Nachawati Law Firm
                              *Firm Name*
4925 Greenville Avenue, Suite 715
                              *Street Address*
Dallas, Texas 75206                    mn@fnlawfirm.com
        *City, State, Zip*                        *E-Mail Address*
2140890-0711                           214-890-0712
       *Telephone Number*                        *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| All Federal Courts of the State of Texas | November 2003 |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 8:2010-cv-01407 | Civil | 10/12/10 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate David Parisi as local counsel, whose business information is as follows:

Parisi & Havens, LLP
*Firm Name*

15233 Valleyheart Drive
*Street Address*

Sherman Oaks, California 91403           dparisi@parisihavens.com
*City, State, Zip*                        *E-Mail Address*

818-990-1299                              818-501-7852
*Telephone Number*                        *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 12/9/10

Nabil M. Nachawati
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 12/20/10

David C. Parisi
*Designee's Name (please print)*

*Designee's Signature*

162 246
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 15, 2010

Re:   Nabil Majed Nachawati, State Bar Number 24038319

To Whom It May Concern:

This is to certify that Mr. Nabil Majed Nachawati was licensed to practice law in Texas on May 27, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Nachawati's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lg



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167