Name and address:
Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St., Suite 510
Dallas, TX 75202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In Re Quantcast Advertising Cookie Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 10-CV-05484-GW (JCGx) |
| v. | |
| Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Jeremy R. Wilson_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Alejandro Godoy_____ by whom I have been retained.

My business information is:
Wilson, Trosclair & Lovins, PLLC
*Firm Name*

302 N. Market St. Suite 501
*Street Address*

Dallas, Texas 75202                                    jeremy@wtlfirm.com
*City, State, Zip*                                     *E-Mail Address*

(214) 484-1930                                         (214) 276-1475
*Telephone Number*                                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Texas | November 6, 2002 |
| Supreme Court of Arkansas | August 29, 2000 |
| Supreme Court of Florida | April, 2002 |
| See attached for additional courts | |

G-64 (11/10)        APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE        PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: None

I designate David C. Parisi as local counsel, whose business information is as follows:

Parisi and Havens
*Firm Name*

15233 Valleyheart Drive
*Street Address*

Sherman Oaks, CA 91403
*City, State, Zip*

dcparisi@parisihavens.com
*E-Mail Address*

(818) 990-1299
*Telephone Number*

(818) 501-7852
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated December 21, 2010

Jeremy R. Wilson
*Applicant's Name (please print)*

*[signature]*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 12/21/2010

David C. Parisi
*Designee's Name (please print)*

*[signature]*
*Designee's Signature*

162 248
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

**ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY JEREMY R. WILSON TO APPEAR IN A SPECIFIC CASE**

| Title of Court | Date of Admission |
|---|---|
| United States Court of Appeals for the Ninth Circuit | 2009 |
| United States Court of Appeals for the Fifth Circuit | 2009 |
| United States Court of Appeals for the Eleventh Circuit | 2008 |
| United States District Court for the Northern District of Texas | 2002 |
| United States District Court for the Eastern District of Texas | 2005 |
| United States District Court for the Southern District of Florida | 2007 |

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

December 17, 2010

RE: **Mr. Jeremy Reade Wilson**
State Bar Number - **24037722**

To Whom it May Concern:

This is to certify that Mr. Jeremy Reade Wilson was licensed to practice law in Texas on November 06, 2002 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

*Supreme Court*
# State of Arkansas
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Jeremy R. Wilson was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on August 29, 2000; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 6th day of December, 2010.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By _Rose Allen_ Do
Deputy Clerk