Name and address:
Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St., Suite 510
Dallas, TX 75202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re Quantcast Advertising Cookie Litigation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 10-CV-05484-GW (JCGx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  <u>Jeremy R. Wilson</u>, of <u>Wilson Trosclair & Lovins, PLLC</u>
*Applicant's Name*                    *Firm Name / Address*

<u>(214) 484-1930</u>                                         <u>jeremy@wtlfirm.com</u>
*Telephone Number*                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X Plaintiff      Defendant

☐ Intervener or other interested person _____

and the designation of _____ <u>David C. Parisi  SBN 162248</u>
                              *Local Counsel Designee /State Bar Number*

of _____ <u>Parisi & Havens LLP 15233 Valleyheart Drive Sherman Oaks, California 91403</u>
                              *Local Counsel Firm / Address*

(818) 990-1299
                                                  <u>dcparisi@parisihavens.com</u>
*Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____

                                       U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE