Nabil Majed Nachawati
Fears Nachawati Law Firm
4925 Greenville Avenue
Suite 715
Dallas, Texas 7520

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Quantcase Advertising Cookie Litigation <br><br> Plaintiff(s) <br><br> v. <br><br><br> Defendant(s). | CASE NUMBER <br> 10-CV-05484-GW (JCGx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of <u>Nabil M. Nachawati</u>, of <u>Fears Nachawati Law Firm, 4925 Greenville Avenue Suite 715, Dallas, Texas 75206</u>

*Applicant's Name*        *Firm Name / Address*

     214-890-0711            mn@fnlawfirm.com

*Telephone Number*        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of    x Plaintiff    ☐ Defendant

☐ Intervener or other interested person    Alejandro Godoy

and the designation of    David C. Parisi/162248

*Local Counsel Designee /State Bar Number*

of   Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403

*Local Counsel Firm / Address*

   818-990-1299           dparisi@parisihavens.com

*Telephone Number*        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X GRANTED

   ☐ DENIED. Fee shall be returned by the Clerk.

   ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: December 27, 2010

*[signature: George H. Wu]*

GEORGE H. WU, U. S. District Judge