Name and address:
Jeremy R. Wilson
Wilson Trosclair&Lovins, PLLC
302 N. Market St., Suite 510
Dallas, TX 75202

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Quantcast Advertising Cookie Litigation<br>Plaintiff(s)<br>v.<br>Defendant(s). | CASE NUMBER<br>10-CV-05484-GW (JCGx)<br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Jeremy R. Wilson, of Wilson Trosclair&Lovins, PLLC

*Applicant's Name* *Firm Name / Address*

(214) 484-1930 jeremy@wtlfirm.com

*Telephone Number* *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of X Plaintiff Defendant

☐Intervener or other interested person Alejandro Godoy

and the designation of David C. Parisi SBN 162248

*Local Counsel Designee /State Bar Number*

of Parisi & Havens LLP 15233 Valleyheart Drive Sherman Oaks, California 91403

*Local Counsel Firm / Address*

(818) 990-1299 dcparisi@parisihavens.com

*Telephone Number* *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated: December 27, 2010

George H. Wu

GEORGE H. WU, U. S. District Judge