# EXHIBIT A.2 (rev.)

# LEGAL NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION.

**THIS NOTICE MAY CONCERN YOUR LEGAL RIGHTS IF YOU ACCESSED AN INTERNET SITE OPERATED OR SERVICED BY DEMAND MEDIA, INC., HULU, LLC, JIBJAB MEDIA, INC., NBC UNIVERSAL, INC., NEWS CORP., SCRIBD, INC., VIACOM INC.., THE WALT DISNEY CO. OR WARNER BROS. RECORDS, OR ANY INTERNET SITE EMPLOYING QUANTCAST OR CLEARSPRING TECHNOLOGIES, BETWEEN JUNE 1, 2008 and JANUARY 25, 2011.**

### IF YOU ARE A MINOR, IMMEDIATELY GIVE THIS NOTICE TO YOUR PARENT OR LEGAL GUARDIAN.

This notice is being published because a settlement has been proposed by all parties in the following class action matters pending in the United States District Court, Central District Of California, Western Division:
In Re Quantcast Advertising Cookie Litig., No. 2:10-cv-05484-GW    In Re Clearspring Flash Cookie Litig., No. 2:10-cv-05948-GW

## WHAT'S THIS NOTICE FOR?

This notice is being published by order of the Court, before the Court considers final approval of the proposed settlement.
- This notice is to inform you of actions you may take in response to the proposed settlement.
- Your choices are: (1) do nothing; (2) opt out of the proposed settlement; or (3) object to the proposed settlement. If you choose to object to the proposed settlement or opt out of the proposed settlement, you must follow certain procedures.
- In addition, you may attend the Court's hearing about the proposed settlement.

This notice summarizes some of the information related to the proposed settlement. For more details, go to _____.

## WHAT ARE THESE LAWSUITS ABOUT?

Quantcast Corporation, Clearspring Technologies, Inc. and other companies deposited browser "cookies" and Adobe Flash local shared objects (LSOs) on users' computers when those users visited certain web sites. LSOs were deposited when users' had set their browsers to block cookies and, in some cases, the use of LSOs resulted in the recreation of browser cookies after users had deleted them.

The Plaintiffs filed these class action lawsuits alleging that the Defendants and their affiliates did not give users adequate notice and choice about presence of these cookies and the collection of personal information. The Defendants deny they did anything wrong, and the Court has not made any decision about which side was right in these lawsuits.

## WHAT DOES THE SETTLEMENT DO?

The proposed settlement would resolve these lawsuits before the Court takes a position on which side is right.

Quantcast and Clearspring represent that they do not and will not use LSOs to "respawn" browser cookies; to serve as an undisclosed alternative to cookies for tracking users unrelated to Flash Player operation and content-delivery; or to otherwise counteract users' blocking or deleting browser cookies.

*This is not a settlement in which class members will receive compensation directly.* Under the proposed settlement agreement, subject to Court review and approval, Quantcast and Clearspring will pay $2.4 million. After payment of attorneys' fees and costs (no more than $600,000), small payments to the representative plaintiffs and administration costs, the bulk of this payment will be donated to non-profit groups engaged in research and education that promote consumer awareness and choice regarding privacy, safety, and security of their electronic information. The other Defendants and their affiliates also are taking significant measures to protect users' privacy.

## AM I AFFECTED?

Quantcast and Clearspring technologies have been used on tens of thousands of web pages, and the other Defendants' websites are heavily trafficked. For these reasons, substantially all U.S. persons who have used the Internet since June 1, 2008, likely are members of the class. Clearspring LSOs can be identified by a filename of "clearspring.sol." Quantcast LSOs can be identified byfilenames that include "____qca.sol" or "Quantserve."

## WHAT ARE MY OPTIONS?

***Do nothing***: If you choose to do nothing, you will be legally bound by the settlement, and you will be giving up the right to sue the Defendants or their affiliates over claims related to or arising out of the use of LSOs.

***Opt out***: If you do not want to be legally bound by the settlement, you must exclude yourself by [date] or you will not be able to sue the Defendants and their affiliates for the claims listed in the settlement agreement. To opt out, you *must* mail your original, signed exclusion request to:

> *Class Counsel*: KamberLaw, LLC,
> ℅ Flash Cookie Class Action Settlement, Attn: Scott Kamber, 100 Wall Street, 23nd Floor, New York, NY 10005
>
> *Clearspring's Counsel*: Cooley LLP,
> ℅ Clearspring Class Action Settlement, Attn: Michael Rhodes, Cooley LLP, 101 California, 5th Fl., San Francisco, CA  94111

***Object***: If you wish to object to the terms of the settlement, you *must* file your objection no later than [date] with:

**[INSERT SETTLEMENT ADMINISTRATOR INFO]**

You also should send a copy of your objection and any related papers to at least one of the parties' counsel listed above for receipt no later than [date].

Only persons over 18 may object to or comments on the Settlement or exclude themselves or dependent minors from the settlement.

***Attend the settlement hearing***: On [date], the Court will hold a hearing to consider granting final approval to the proposed settlement. You may comment in support of or in opposition to the proposed settlement, but you do not have to attend the hearing and, if you do choose to attend the hearing, you do not have to speak at the hearing.

**For a full copy of the Notice of Settlement and details on required procedures, deadlines, and your options and obligations, visit [website_____**