# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-5484-GW(JCGx) ✔<br>CV 10-5716-GW(JCGx)<br>CV 10-5948-GW(JCGx)<br>CV 10-6586-GW(JCGx)<br>CV 10-7112-GW(JCGx) | Date | February 28, 2011 |
|---|---|---|---|
| Title | *Edward Valdez, et al. v. Quantcast Corporation, et al.* ✔<br>*Jennifer Aguirre v. Quantcast Corporation, et al.*<br>*Brian White, et al. v. Clearspring Technologies, Inc., et al.*<br>*Erica Intzekostas v. Fox Entertainment Group, et al.*<br>*Timothy Davis, et al, v. VideoEgg, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Scott A. Kamber - by telephone | Jeffrey S. Jacobson<br>Josh M. Kantrow - by telephone<br>Michael H. Page - by telephone<br>Ian A. Stewart<br>Kelly Cooke<br>James Oliva |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (filed 12/03/10)**

Further discussion re Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is held. The redrafted notice and proposed order will be filed by March 3, 2011.  Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is continued to **March 3, 2011 at 8:30 a.m.**

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | JG |