# EXHIBIT A.2
(rev. Mar. 1, 2011)

DANART Communications
Job Name:
Space:
Size: 7.12" x 4.62"
Font size: 6 pt.
File: QSC_PubNot_verA_712x462_110301.doc
March 1, 2011

**LEGAL NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
**THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION.**
**THIS NOTICE MAY CONCERN YOUR LEGAL RIGHTS IF YOU ACCESSED AN INTERNET SITE OPERATED OR SERVICED BY DEMAND MEDIA, INC., HULU, LLC, JIBJAB MEDIA, INC., NBC UNIVERSAL, INC., NEWS CORP., SCRIBD, INC., VIACOM INC., THE WALT DISNEY CO. OR WARNER BROS. RECORDS, OR ANY INTERNET SITE EMPLOYING QUANTCAST, CLEARSPRING OR VIDEOEGG TECHNOLOGIES BETWEEN JUNE 1, 2008 and FEBRUARY 28, 2011.**

**This Notice is being published because a settlement has been proposed by all parties in the following class action matters pending in the United States District Court, Central District Of California, Western Division:**
**In Re Quantcast Advertising Cookie Litig., No. 2:10-cv-05484-GW**
**Davis v. VideoEgg, Inc., No. 2:10-cv-07112-GW**
**In Re Clearspring Flash Cookie Litig., NO. 2:10-CV-05948-GW**

**WHAT IS THIS NOTICE FOR?**

This Notice is being published by order of the Court, before the Court considers final approval of the proposed Settlement, and is meant to inform you of actions you may take in response to the proposed Settlement.

- You may do nothing and be bound by the Settlement, if the Court approves it.
- You also may object to the proposed Settlement, or opt out of it, by following the instructions in this Notice.
- The Court will hold a hearing about the Settlement, which you may attend.

This Notice summarizes some of the information related to the proposed Settlement. For more details, go to www.flashcookiesettlement.com.

**WHAT ARE THESE LAWSUITS ABOUT?**

Quantcast Corporation, Clearspring Technologies, Inc., VideoEgg, Inc. and other companies allegedly deposited browser "cookies" and Adobe Flash Player local shared objects (LSOs) on users' computers when users visited any of tens of millions of pages on the Internet. (VideoEgg does not use browser cookies). Browsing programs may not manage LSOs, so LSOs may be deposited even when users set their browsers to block browser cookies. Plaintiffs allege that, in some cases with some defendants, after users deleted browser cookies, information from LSOs was used to "respawn" those deleted browser cookies.

The Plaintiffs allege that the Defendants and their affiliates did not give users adequate notice and choice about their use of LSOs. The Defendants deny this.

**WHAT DOES THE SETTLEMENT DO?**

The proposed Settlement would resolve these lawsuits before the Court takes a position on which side is right.

As part of the Settlement, Quantcast, Clearspring, and VideoEgg state that they do not and will not use LSOs to respawn browser cookie information to serve as an undisclosed alternative to browser cookies for tracking users online, or otherwise to counteract users' decisions to block or delete browser cookies. Other defendants and their affiliates agree to take significant future measures to enhance consumers' online privacy.

*This is not a Settlement in which Class Members will receive compensation directly.* Under the proposed settlement agreement, subject to Court review and approval, Quantcast, Clearspring, and VideoEgg together will contribute $3,225,000 to two Settlement Funds. After payment of attorneys' fees and costs (no more than $806,250), small payments to the representative plaintiffs and administration costs, the bulk of the Settlement Fund will be distributed among Court-approved non-profit groups engaged in research and education that promote consumer awareness and choice regarding privacy, safety, and security of the electronic information.

**AM I AFFECTED?**

Quantcast, Clearspring, and VideoEgg technologies have been used on tens of thousands of web pages, including the heavily-trafficked websites of the Defendants and their affiliates. For these reasons, **substantially all U.S. persons who have used the Internet since June 1, 2008, likely are members of the class**. Clearspring LSOs can be identified by a filename of "clearspring.sol." Quantcast LSOs can be identified by filenames that include "____qca.sol" or "Quantserve." VideoEgg LSOs can be identified by filenames that include "admanager.sol" that originated from core.videoegg.com.

**WHAT ARE MY OPTIONS?**

***Do nothing***: If you are a Class Member and do nothing, you will be legally bound by the Settlement, and you will be giving up the right to sue the Defendants or their affiliates over claims related to or arising out of the use of LSOs.

***Opt out***: If you do not want to be legally bound by the Settlement, you must exclude yourself, as to Quantcast and Clearspring by May 13, 2011, or, as to VideoEgg, by June 10, 2011, or you will not be able to sue the Defendants and their affiliates for the claims listed in the settlement agreement.

***Object***: If you wish to object to the terms of the settlement, you *must* file your objection as to Quantcast and Clearspring by May 13, 2011, or, as to VideoEgg, by June 10, 2011. Only members of the Settlement Class who have not opted out may object to the settlement.

Opt-out elections and objections must be received no later than the above-stated dates at this address:

Flash Cookie Settlement Claims Administrator
c/o Rosenthal & Company LLC
P.O. Box 6177, Novato, CA 94948-6177

***Attend the settlement hearing*s**: On June 13, 2011, at 9:30 a.m., the Court will hold a hearing to consider granting final approval to the proposed Settlement as to Quantcast and Clearspring. The Court will hold a hearing as to the VideoEgg settlement on July 18, 2011 at 9:30 a.m. You do not have to attend either hearing.

**For a full copy of the Notice of Settlement and details on required procedures, deadlines, and your options and obligations, visit *www.flashcookiesettlement.com.***