1  Scott A. Kamber (*pro hac vice*)
2  skamber@kamberlaw.com
   David A. Stampley (*pro hac vice*)
3  dstampley@kamberlaw.com
4  KamberLaw, LLC
   100 Wall Street, 23rd Floor
5  New York, New York 10005
   Telephone:  (212) 920-3072
6  Facsimile:   (212) 202-6364
7
8  Interim Class Counsel

9

10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
11
   _____
12                                  )
13  IN RE QUANTCAST                 )
    ADVERTISING COOKIE LITIG.       )   No. 2:10-cv-05484-GW
14                                  )
   _____  )
15                                  )
16  IN RE CLEARSPRING               )
    FLASH COOKIE LITIG.             )   No. 2:10-cv-05948-GW
17                                  )
   _____  )
18

19          **STIPULATION TO CONTINUE DATE FOR**
                **MOTION FOR FINAL APPROVAL**
20

21          Plaintiffs and Defendants in the above-caption matters, by and through their

22  respective counsel hereby stipulate and agree as follows:

23          WHEREAS, the Court has ordered that Plaintiffs submit their motions for

24  final approval and application for fees in the above-captioned matters on Friday

25  April 15, 2011;

26          WHEREAS, the Parties jointly seek an extension of two business days in

27  order to provide all Parties ample time for review before filing;

28

    STIPULATION TO                  1              No. 2:10-cv-05484-GW
    CONTINUE FINAL APPROVAL                        No. 2:10-cv-05948-GW

1      WHEREAS, the deadline for objection to the pending settlement in these

2 matters is May 13, 2011 and thus sufficient time is provided for the class to review

3 plaintiffs' fee application even with the requested extension;

4      WHEREAS, the date set for the final fairness hearing is June 13, 2011, and

5 the requested extension should not materially impact the time available for review

6 by the Court;

7      NOW, THEREFORE, it is hereby stipulated between and among the

8 Parties, and the Parties respectfully pray that the Court order, that Plaintiffs shall

9 file their motions for final approval on Tuesday April 19, 2011.

10      IT IS SO STIPULATED.

13 Dated: April 14, 2011      KAMBERLAW, LLC

15      /S/ David A. Stampley

16      Scott A. Kamber
17      David A. Stampley
18      100 Wall Street, 23rd Floor
      New York, NY 10005
19      Interim Class Counsel, on behalf of Plaintiffs
20      individually and on behalf of the Class

21 Dated: April 14, 2011      COOLEY LLP
22

23      /S/ Michael G. Rhodes

24      Michael G. Rhodes
25      101 California Street, 5th Floor
26      San Francisco, CA 94111
      Attorneys for Defendant
27      Clearspring Technologies, Inc.

28

STIPULATION TO      2      No. 2:10-cv-05484-GW
CONTINUE FINAL APPROVAL      No. 2:10-cv-05948-GW

1    Dated: April 14, 2011                    DURIE TANGRI LLP

2                                              /S/ Michael H. Page

3
                                              Michael H. Page
4                                             217 Leidesdorff Street
5                                             San Francisco, CA 94111
                                              Attorneys for Defendant Quantcast Corp.
6

7
     Dated: April 14, 2011                    DEBEVOISE & PLIMPTON LLP
8
9                                             /S/ Jeffrey S. Jacobson

10                                            Jeffrey S. Jacobson
11                                            919 Third Avenue
                                              New York, NY 10022
12                                            Attorneys for Defendants American
13                                            Broadcasting Companies, Inc., ESPN, Inc.,
                                              Fox Entertainment Group, Inc., MTV
14                                            Networks, MySpace, Inc., Walt Disney
15                                            Internet Group, Soapnet, LLC and
                                              Defendants/Undertaking Parties Hulu, LLC,
16                                            JibJab Media, Inc., NBC Universal, Inc. and
17                                            Scribd, Inc.

18

19

20

21

22

23

24

25

26

27

28

     STIPULATION TO                    3              No. 2:10-cv-05484-GW
     CONTINUE FINAL APPROVAL                          No. 2:10-cv-05948-GW

1

**CERTIFICATE OF SERVICE**

2   I certify that, on April 14, 2011, I caused this document to be filed

3 electronically with the Clerk of Court using the CM/ECF system, through which

4 notification of filing will be sent to counsel of record for each party.

5

6

7                              /S/  David A. Stampley

8                              David A. Stampley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28