UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUANTCAST ADVERTISING COOKIE LITIG. | No. 2:10-cv-05484-GW |
| IN RE CLEARSPRING FLASH COOKIE LITIG. | No. 2:10-cv-05948-GW |

**[PROPOSED] ORDER CONTINUING DATE FOR MOTION FOR FINAL APPROVAL**

Pursuant to the stipulation between and among the parties, and good cause appearing therefore, the Court orders as follows:

The Court resets the date for plaintiffs' filing of their motion for final approval of the proposed settlement in the above-captioned matters to April 19, 2011.

Dated: _____, 2011     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
George H. Wu
Judge Of The United States District Court

[PROPOSED] ORDER                    No. 2:10-cv-05484-GW
                                    No. 2:10-cv-05948-GW