SCOTT A. KAMBER (admitted *pro hac vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile:  (212) 202-6364

Class Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re QUANTCAST ADVERTISING COOKIE LITIGATION | No. 2:10-cv-05484-GW-JCG |
| In Re CLEARSPRING FLASH COOKIE LITIGATION | No. 2:10-cv-05948-GW-JCG |
| | [Assigned to the Hon. George H. Wu] |
| | **DECLARATION OF DAVID A. STAMPLEY IN FURTHER SUPPORT OF SUPPLEMENT TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Date:      June 13, 2011 |
| | Location: Courtroom 10<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
| | Time:      9:30 a.m. |

I, David A. Stampley, declare as follows:

1. I am one of Class Counsel in the above-captioned matters and, if called upon, am competent to testify that the following facts are true and correct to the best of my knowledge, information, and belief.

2. On June 2, 2011, Class Counsel received a letter, via e-mail as an attachment, from Sam P. Cannata withdrawing his previously lodged objection to the settlement in the above-referenced matters.

3. Attached hereto as Exhibit A is a true and correct copy of Mr. Cannata's June 2, 2011 letter.

4. Other than Mr. Cannata's initial letter of objection, Class Counsel's responsive brief (*Quantcast* Dkt. 78, *Clearspring* Dkt. 55), and Mr. Cannata's letter withdrawing his objection, there have been no communications, direct or indirect, between Class Counsel and Mr. Cannata.

5. Mr. Cannata, for his action, received no consideration or promise of consideration from Class Counsel or, to my knowledge, from any other source.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2011 at New York, New York.

                                   s/David A. Stampley
                                   David A. Stampley
                                   Class Counsel

                                   KAMBERLAW, LLC
                                   100 Wall Street, 23rd Floor
                                   New York, New York 10005
                                   Telephone:  (212) 920-3072
                                   Facsimile:   (212) 202-6364